*E-Filed 6/3/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER JAMES CASTILLO, | No. C 12-6511 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| ELMSWOOD CORRECTIONAL FACILITY, et al., | |
| Defendants. | |

Plaintiff has failed to file an amended complaint by the Court's deadline. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain an amended complaint that addresses the concerns raised in the order dismissing the complaint with leave to amend. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: June 3, 2013

RICHARD SEEBORG
United States District Judge